# IN THE SUPREME COURT OF THE STATE OF NEVADA

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, D/B/A GEICO,
A MARYLAND CORPORATION; AND
GENEVA M. SIMMONS,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE GLORIA
STURMAN, DISTRICT JUDGE,
Respondents,
and
JESUS BRIONES, AN INDIVIDUAL,
Real Party in Interest.

No. 70362

**FILED**

JUN 20 2016


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying in part a motion to dismiss in a tort action.

Having considered the petition and supporting documents, we are not persuaded that petitioner has met its burden of demonstrating that writ relief is warranted at this time. NRS 34.160; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004); *Beazer Homes Nev., Inc. v. Eighth Judicial Dist. Court*, 120 Nev. 575, 578-79, 97 P.3d 1132, 1134 (2004) (recognizing that this court generally declines to entertain writ petitions challenging district court orders denying motions to dismiss). Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

16-19150

cc:   Hon. Gloria Sturman, District Judge
Bailey Kennedy
Cliff W. Marcek, P.C.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A